G
ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

AUG 2 8 2007

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA )
)
VS. )          CASE NO.:  3:07-CR-220-G (01)
)
STEVEN MICHAEL GILLESPIE )

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

Steven Michael Gillespie, by consent, under authority of United States v. Dees, 125 F.3d 261

(5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea of

guilty to Count(s) 1 of the Information. After cautioning and examining the defendant under oath

concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was

knowledgeable and voluntary and that the offense(s) charged is supported by an independent basis

in fact containing each of the essential elements of such offense. I therefore recommend that the plea

of guilty be accepted, and that Defendant be adjudged guilty and have sentence imposed accordingly.

Date:   August 28, 2007

_____
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).